1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

14

15   HERSANH URRUTIA, an individual,

16          Plaintiff,

17          v.

18   CHIPOTLE MEXICAN GRILL, INC.,
     a Delaware Corporation; and DOES 1
19   through 50, inclusive.

20          Defendants.

21

22

)   Case No.:  2:16-CV-02065 BRO-AJW
)
)
)   **JUDGMENT**
)
)
)   Judge:          Hon. Beverly Reid O'Connel
)
)
)
)
)
)
)   Action Filed:   December 9, 2015
)   Removal Date:   March 25, 2016
)   Trial Date:     June 20, 2017

23

24          This matter came on for hearing before the Court, on June 12, 2017, the

25   Honorable Beverly Reid O'Connell, presiding, on the Motion for Summary Judgment

26   of defendant Chipotle Mexican Grill, Inc.  The evidence presented having been fully

27   considered, the issues having been duly heard, and a decision having been duly

28   rendered,

---

**JUDGMENT**

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment of defendant Chipotle Mexican Grill, Inc. is granted as to each of the claims asserted in the Complaint of plaintiff Hersanh Urrutia.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that judgment shall be entered in favor of defendant Chipotle Mexican Grill, Inc. and against plaintiff Hersanh Urrutia.

IT IS SO ORDERED.

DATED: June 29, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge